

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2023 JAN 26  P 2:02  cc

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**BILL OF INFORMATION FOR VIOLATION OF**  **FELONY**
**THE FEDERAL CONTROLLED SUBSTANCES ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-19 |
| v. | * | SECTION: SECT. A MAG. 5 |
| GORDON MCFARLAND | * | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | * | |

\*   \*   \*

The United States Attorney charges that:

### COUNT 1

(Possession with the intent to Distribute Cocaine and Heroin)

On or about May 23, 2019, in the Eastern District of Louisiana, the defendant, **GORDON MCFARLAND**, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine hydrochloride, a Schedule II Controlled Dangerous Substance, and a quantity of heroin, a Schedule I Controlled Dangerous Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

## NOTICE OF FORFEITURE

1. The allegation of Count 1 is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **GORDON MCFARLAND**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offenses, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses, including but not limited to any firearm or ammunition described above.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

                                                  DUANE A. EVANS
                                                  UNITED STATES ATTORNEY

                                                  MAURICE E. LANDRIEU, JR
                                                  Assistant United States Attorney
                                                  Bar Roll No.  22104

New Orleans, Louisiana
January 26, 2023

No. _____

# United States District Court

FOR THE

EASTERN    DISTRICT OF    LOUISIANA

UNITED STATES OF AMERICA

vs.

GORDON MCFARLAND

SUPERSEDING BILL OF INFORMATION
FOR FEDERAL CONTROLLED SUBSTANCES ACT

Violation(s): 21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

Filed _____, 20 _23_

_____, Clerk.

By _____, Deputy

_/s/ Maurice E. Landrieu, Jr._
*Assistant United States Attorney*
Maurice E. Landrieu, Jr.